| | |
|---|---|
| 1<br>2<br>3<br>4 | JACKSON LEWIS LLP<br>MICHAEL J. CHRISTIAN (SBN 173727)<br>CAROLYN G. BURNETTE (SBN 191294)<br>801 K Street, Suite 2300<br>Sacramento, California 95814<br>Telephone: (916) 341-0404<br>Facsimile: (916) 341-0141 |

**FILED**

FEB - 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

Attorneys for Defendant
CITIZENS TELECOMMUNICATIONS
COMPANY OF CALIFORNIA, INC., dba
FRONTIER COMMUNICATIONS

M. ANTHONY SOARES (SBN 078934)
MINASIAN, SPRUANCE, MEITH,
SOARES & SEXTON, LLP
1681 Bird Street
Post Office Box 167
Oroville, California 95965-1679
Telephone: (530) 553-2885
Facsimile: (530) 533-7047

Attorneys for Plaintiff
NANCY STONE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY STONE,<br><br>            Plaintiff,<br><br>    v.<br><br>CITIZENS TELECOMMUNICATIONS<br>COMPANY OF CALIFORNIA, INC., dba<br>FRONTIER COMMUNICATIONS, and DOES<br>1 to 25,<br><br>            Defendants. | Case No. 2:05-CV-00419-WBS-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint Filed:   January 18, 2005<br>Trial Date:            July 11, 2006 |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Plaintiff NANCY STONE and defendant CITIZENS TELECOMMUNICATIONS COMPANY OF CALIFORNIA, INC., dba FRONTIER COMMUNICATIONS hereby request that this matter be dismissed with prejudice, in its entirety, with each party to bear their own costs and attorneys' fees.

1

1 | IT IS SO STIPULATED:

2 | Date: December 21, 2005     JACKSON LEWIS LLP

By: _____
MICHAEL J. CHRISTIAN
CAROLYN G. BURNETTE

Attorneys for Defendant
CITIZENS TELECOMMUNICATIONS
COMPANY OF CALIFORNIA, INC., dba
FRONTIER COMMUNICATIONS

MINASIAN, SPRUANCE, MEITH, SOARES &
SEXTON, LLP

Date: December 22, 2005     By: _____
M. ANTHONY SOARES

Attorney for Plaintiff
NANCY STONE

**IT IS SO ORDERED:** This matter is dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

Date: 2/9/2006     _____
UNITED STATES DISTRICT JUDGE

H:\C\Citizens\Stone (82095)\pleadings\Stip For Dismissal.doc